(No. 6036-

FS Services, Inc., Claimant, *vs.* State of Illinois, Department of Law Enforcement, Respondent.

*Opinion filed March 24, 1972.*

Illinois Agricultural Association and Affiliated Companies, for Claimant.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

355

PERLIN, C.J.